**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01027-CR
No. 05-13-01028-CR
No. 05-13-01029-CR
No. 05-13-01030-CR

**ANGELA KAY TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-55645-Q, F13-30649-Q, F13-55642-Q, F12-40522-Q**

## ORDER

The Court **ORDERS** the trial court to make findings of fact regarding whether appellant

has been deprived of the reporter's record because of ineffective counsel, indigence, or for any

other reason.

- The trial court shall first determine whether appellant desires to prosecute the appeals. If the trial court determines that appellant does not desire to prosecute the appeals, it shall make a finding to that effect.

- If the trial court determines that appellant desires to prosecute the appeals, it shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the trial court shall make a finding to that effect. Moreover, if appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the trial court finds

appellant is not indigent, it shall determine whether retained counsel has abandoned the appeal.

- The trial court shall next determine:  (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with this order.  The appeals shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.


/s/      LANA MYERS
         JUSTICE